IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **SHEILA D. LYNCH,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | CASE NO. 5:07-CV-337 (HL) |
| : | |
| **MICHAEL J. ASTRUE,** : | |
| **Commissioner of Social Security** : | |
| : | |
| **Defendant.** : | SOCIAL SECURITY APPEAL |
| : | |

# O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation ("R&R") (Doc. 12), which recommends affirming the Commissioner's of Social Security decision determining the Plaintiff is no longer disabled.  Pursuant to 28 U.S.C. § 636(b)(1), the Court has thoroughly considered Plaintiff's Objection (Doc. 13), and has made a *de novo* determination of the portion of the R&R to which Defendant objects.  After careful consideration, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

**SO ORDERED**, this the 1st day of October, 2008

*s/  Hugh Lawson*
**HUGH LAWSON, Judge**

wjc

-1-