# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| SHEILA D. LYNCH, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Case No. 5:07-CV-337 (HL) |
| : | |
| MICHAEL J. ASTRUE, : | |
| Commissioner of Social Security, : | |
| : | |
| Defendant. : | |

## ORDER

This matter has been remanded to this Court by the Eleventh Circuit Court of Appeals. In its Opinion, the Eleventh Circuit reversed this Court's Order affirming the decision of the Commissioner to deny disability benefits and Supplemental Security Income to the Plaintiff. Pursuant to the Eleventh Circuit's instructions, this Court is returning the case to the Commissioner for further proceedings.

**SO ORDERED**, this the 9th day of April, 2010.

*s/ Hugh Lawson*
HUGH LAWSON, Senior Judge

jch