IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| SHEILA LYNCH, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:07-CV-337 (MTT) |
| MICHAEL J. ASTRUE, | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on the Plaintiff's Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act (Doc. 24) (the "Motion"). The Defendant does not object to the award of attorney's fees or their amount. Therefore, the Motion (Doc. 24) is **GRANTED**. The Defendant shall make payment of attorney's fees in the amount of $7,292.81, payable to the Plaintiff.

**SO ORDERED**, this the 8th day of September, 2010.

                                                S/ Marc T. Treadwell
                                                MARC T. TREADWELL, JUDGE
                                                UNITED STATES DISTRICT COURT

jch